**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-60433-MIDDLEBROOKS

JANNIO JOSE DIAZ PADILLA,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, et al.,

      Defendants.

_____/

**ORDER DENYING MOTION TO ENFORCE WRIT OF HABEAS CORPUS**

THIS CAUSE is before the Court on Petitioner's Motion to Enforce Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 15), filed April 28, 2026. For the following reasons, the motion is denied.

On April 14, 2026, I adopted the Report and Recommendation and granted Petitioner's habeas petition. I concluded that Petitioner's detention is governed by 8 U.S.C. § 1226(a) and ordered Respondents to provide Petitioner with a prompt, individualized bond hearing before an Immigration Judge or release him. (DE 10).

On April 17, 2026, a bond hearing was held before an Immigration Judge. The Immigration Judge considered the record and denied bond upon finding that Petitioner did not meet his burden to demonstrate that he merited release. (DE 15-2). He is now seeking enforcement of the prior habeas order and immediate release, arguing that the Immigration Judge's decision frustrated the intent of this Court's ruling.

My April 14, 2026 Order required Respondents to provide Petitioner with a process—a prompt, individualized bond hearing—or release him. Respondents complied with that directive.

A hearing was held within three days of the Court's Order, and the Immigration Judge issued a decision on the merits based on the evidence presented. Petitioner's disagreement with the outcome does not establish noncompliance with this Court's mandate.

Petitioner's arguments go to the correctness of the Immigration Judge's decision, not to whether Respondents complied with this Court's Order. I ordered a hearing to occur, not a particular result. Respondents provided the required hearing. Any challenge to the Immigration Judge's reasoning or factual findings must be directed to the Board of Immigration Appeals.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Petitioner's Motion to Enforce Writ of Habeas Corpus (DE 15) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of April, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record